RALPH L. CLARKE, Respondent, *v.* THE PRECIOUS METALS CORPORATION, Appellant.

*Clarke* v. *Precious Metals Corporation,* 149 App. Div. 938, appeal dismissed.

(Argued June 3, 1912; decided June 11, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal was frivolous.

*Clarence De Witt Rogers* for motion.

*Frank F. Van Derveer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.